UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANA BONACASA, VINCENT BONACASA, RAQUEL BONACASA, BARBARA ROSENDAHL, JEFFREY MUNCY, GILBERT RUSSELL, ABIGAIL RUSSELL, SARAH RUSSELL, NOEMI RUSSELL, BENJAMIN RUSSELL, NATHANAEL RUSSELL, DEBBIE WILLIAMS, and CHELSEA MANGANO<br><br>Plaintiffs,<br><br>-against-<br><br>STANDARD CHARTERED PLC and STANDARD CHARTERED BANK<br><br>Defendants. | Case No. 1:22-cv-03320<br><br>**[PROPOSED] STIPULATED ORDER** |

Subject to the approval of the Court, Plaintiffs Diana Bonacasa, Vincent Bonacasa, Raquel Bonacasa, Barbara Rosendahl, Jeffrey Muncy, Gilbert Russell, Abigail Russell, Sarah Russell, Noemi Russell, Benjamin Russell, Nathanael Russell, Debbie Williams, and Chelsea Mangano (collectively, "Plaintiffs") and Defendants Standard Chartered PLC and Standard Chartered Bank (collectively, "Defendants"), through their undersigned attorneys, stipulate and agree as follows:

WHEREAS, on April 22, 2022, a complaint was filed claiming violations of federal law and captioned, *Diana Bonacasa et al. v. Standard Chartered plc et al.*, Case No. 1:22-cv-03320 (S.D.N.Y.);

WHEREAS, Defendants have not been served with process;

WHEREAS, undersigned counsel for Defendants, who are authorized to accept service, hereby accept service of the summons and Complaint in the above-captioned action on their clients' behalf, without prejudice to and without waiver of any of Defendants' defenses,

1

objections, or arguments in this matter or any other matter, including but not limited to any objections to jurisdiction or venue, except as to sufficiency of service of process;

WHEREAS, an answer to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure is due in this matter within twenty one (21) days of service of process of the Complaint and summons, *see* Fed. R. Civ. P. 12(a) and (b);

WHEREAS, no party has previously requested or received an extension of time to answer or otherwise plead to the Complaint in the above-captioned action.

IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, by and between the undersigned counsel for Plaintiffs and Defendants, that:

1. The time for Defendants to move, answer, or otherwise respond to the complaint is extended until June 13, 2022.

2. To the extent Defendants file a letter seeking a pre-motion conference in connection with a proposed motion to dismiss under Rule 2(A) of the Court's Individual Practices, Plaintiffs shall have five (5) business days to respond to Defendants' letter.

3. Each Defendant expressly reserves all rights, defenses, and other objections other than insufficient process or insufficient service of process.

**AGREED:**

By: /s/ Andrew Lichtman

Lee S. Wolosky
Andrew J. Lichtman
Thomas J. Bullock
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1628
Fax: (212) 891-1699
lwolosky@jenner.com
alichtman@jenner.com
tbullock@jenner.com

Doug A. Mitchell
Jenner & Block LLP
1099 New York Ave NW # 900,
Washington, DC 20001
Telephone: (202) 639-6090
dmitchell@jenner.com

Gary M. Osen
Ari Ungar
Michael J. Radine
Osen LLC
190 Moore Street, Suite 272
Hackensack, New Jersey 07601
Telephone: (201) 265-6400
Fax: (201) 265-0303
gosen@osenlaw.com
aungar@osenlaw.com
mradine@osenlaw.com

*Attorneys for Plaintiffs*

By: /s/ Andrew Finn

Andrew J. Finn
Bradley P. Smith
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
finna@sullcrom.com
smithbr@sullcrom.com

*Attorneys for Defendants*

**SO ORDERED:**

_____

3