UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANA BONACASA, *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> STANDARD CHARTERED PLC and STANDARD CHARTERED BANK, <br><br> Defendants. | No. 1:22-CV-03320 (ER) (OTW) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for plaintiffs and defendants:

1. On March 7, 2023, the Court issued an Opinion & Order in *Bonacasa, et al. v. Standard Chartered PLC, et al.*, No. 22-CV-3320 (ER) (OTW) (ECF No. 32) that dismissed claims against Standard Chartered PLC for lack of personal jurisdiction.

2. The amended complaint in the above-captioned action, filed on August 31, 2023 (ECF No. 65), raises claims against Standard Chartered PLC that are based on allegations identical to those in the April 22, 2022 *Bonacasa* complaint (ECF No. 1) that the Court found insufficient for personal jurisdiction over Standard Chartered PLC.

3. Standard Chartered PLC is therefore dismissed with prejudice from the above-captioned action under Federal Rule of Civil Procedure 41(a)(1) for the same reasons stated in the Court's March 7, 2023 Opinion & Order in *Bonacasa*.

4. Plaintiffs reserve all rights to appeal the dismissal of their claims against Standard Chartered PLC upon entry of final judgment in the above-captioned action. Standard Chartered

-2-

PLC reserves all rights and defenses in connection with any such appeal, including but not limited to personal jurisdiction and venue.

**IT IS SO STIPULATED.**

Dated: November 13, 2023

/s/ *[signature]*

Andrew J. Lichtman
Lee Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, New York  10036
Telephone: (212) 891-1644
Facsimile: (212) 891-1699
alichtman@jenner.com
lwolosky@jenner.com

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ *[signature]*

Andrew J. Finn (finna@sullcrom.com)
Bradley P. Smith (smithbr@sullcrom.com)
Martin Erreich (erreichm@sullcrom.com)
Levon Kalanjian (kalanjianl@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Standard Chartered PLC and Standard Chartered Bank*