IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANA BONACASA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STANDARD CHARTERED PLC, *et al.*,<br><br>Defendants. | No. 1:22-cv-03320 (ER) (OTW)<br><br>JURY TRIAL DEMANDED |
| MARIBEL MOORE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STANDARD CHARTERED PLC, *et al.*,<br><br>Defendants. | No. 1:23-cv-02834 (ER) (OTW)<br><br>JURY TRIAL DEMANDED |
| THOMAS SMEDINGHOFF for the estate of ANNE T. SMEDINGHOFF, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STANDARD CHARTERED BANK,<br><br>Defendant. | No. 1:23-cv-02865 (ER) (OTW)<br><br>JURY TRIAL DEMANDED |

**[STIPULATION AND PROPOSED]
FIFTH AMENDED CIVIL CASE MANAGEMENT PLAN
AND PRETRIAL SCHEDULING ORDER**

**WHEREAS**, on May 8, 2023, the Court entered a Civil Case Management Plan and Pretrial Scheduling Order ("Scheduling Order"), pursuant to Fed. R. Civ. P. 16 and 26(f) (*Bonacasa*, Dkt. No. 52), governing pretrial proceedings in the above-referenced *Bonacasa*, *Moore*, and *Smedinghoff* actions;

**WHEREAS**, on December 26, 2023, the Court entered a First Amended Civil Case Management Plan and Pretrial Scheduling Order, pursuant to Fed. R. Civ. P. 16 and 26(f)

(*Bonacasa*, Dkt. No. 75), governing pretrial proceedings in the above-referenced *Bonacasa*, *Moore*, and *Smedinghoff* actions;

**WHEREAS**, on August 2, 2024, the Court entered a Second Amended Civil Case Management Plan and Pretrial Scheduling Order, pursuant to Fed. R. Civ. P. 16 and 26(f) (*Bonacasa*, Dkt. No. 82), governing pretrial proceedings in the above-referenced *Bonacasa*, *Moore*, and *Smedinghoff* actions;

**WHEREAS**, on November 6, 2024, the Court entered a Third Amended Civil Case Management Plan and Pretrial Scheduling Order, pursuant to Fed. R. Civ. P. 16 and 26(f) (*Bonacasa*, Dkt. No. 96), governing pretrial proceedings in the above-referenced *Bonacasa*, *Moore*, and *Smedinghoff* actions;

**WHEREAS**, on February 4, 2025, the Court entered a Fourth Amended Civil Case Management Plan and Pretrial Scheduling Order, pursuant to Fed. R. Civ. P. 16 and 26(f) (*Bonacasa*, Dkt. No. 137), governing pretrial proceedings in the above-referenced *Bonacasa*, *Moore*, and *Smedinghoff* actions;

**WHEREAS,** on February 7, 2025, the parties completed document productions in response to party requests for production.

**WHEREAS,** the parties have coordinated discovery in the *Bonacasa*, *Moore*, and *Smedinghoff* actions, have produced documents, have issued subpoenas to government entities and other nonparties, have taken numerous depositions of fact witnesses, and have begun providing testimony pursuant to a Fed. R. Civ. P. 30(b)(6) notice;

**WHEREAS,** the parties have subpoenaed documents and testimony from several non-parties, including United States government agencies, which remain pending;

**WHEREAS,** the Defense Threat Reduction Agency has represented that it substantially completed its production of documents responsive to the parties' requests on May 30, 2025, and the government has represented that it expects productions from certain other government agencies or components will be made in June 2025;

**WHEREAS,** the U.S. Department of Commerce expects to complete its production of documents responsive to SCB's requests upon entry of and/or designation pursuant to an appropriate protective order;

**WHEREAS,** U.S. Central Command has not yet completed its production of documents responsive to Plaintiffs' requests, and the government has represented that U.S. Central Command expects to complete its production of documents responsive to Plaintiffs' requests by June 2025;

**WHEREAS,** U.S. Army Central has not yet completed its production of documents in response to Plaintiffs' requests, and the government has represented that U.S. Army Central continues to process records in accordance with the parties' stipulation (*Smedinghoff*, Dkt. No. 90, ¶ 9), and based upon current estimates, expects to complete production of documents responsive

to Plaintiffs' requests by the end of February 2026, assuming no additional responsive records are located;

**WHEREAS,** Plaintiffs' requests to the National Ground Intelligence Center are being held in abeyance "pending the completion of productions by the other DoD components" (*Smedinghoff*, Dkt. No. 90, ¶ 5);

**WHEREAS,** Plaintiffs have the right to request supplemental searches from the Defense Threat Reduction Agency and U.S. Central Command after reviewing those agencies' productions (*Smedinghoff*, Dkt No. 90, ¶¶ 2, 4);

**WHEREAS,** on April 23, 2025, the Court ordered that the depositions of certain former government officials or employees noticed by the parties proceed via written questions (*Bonacasa*, Dkt. No. 163);

**WHEREAS,** the parties and the government have agreed to proceed with depositions of six former government officials by written question, being Jonathan Carpenter, Daniel Feldman, Lt. Gen. Michael D. Barbero, Lt. Gen. John D. Johnson, Lt. Gen. Michael H. Shields, and Dr. Robert G. Best;

**WHEREAS,** government counsel has represented that the government will make its best efforts to complete any classification review of the written responses of Jonathan Carpenter, Daniel Feldman, Lt. Gen. Michael D. Barbero, Lt. Gen. John D. Johnson, Lt. Gen. Michael H. Shields, and Dr. Robert G. Best by September 15, 2025;

**WHEREAS,** Plaintiffs' motion to compel deposition testimony from third-party Bank of America Corp. has been fully briefed and remains pending (*Bonacasa*, Dkt. No. 119);

**WHEREAS**, on May 12, 2025, the Court issued an Opinion and Order (*Bonacasa*, Dkt. No. 166) granting in part and denying in part Plaintiffs' Motion for *In Camera* Review and to Compel the Production of 25 Documents from SCB;

**WHEREAS,** Paragraph 13 of the Fourth Amended Civil Case Management Plan and Pretrial Scheduling Order requires the parties to submit this Proposed Fifth Amended Civil Case Management Plan and Pretrial Scheduling Order within thirty (30) days of the Court's May 12, 2025 Opinion and Order, to specify the dates for future case deadlines;

**WHEREAS**, SCB and Plaintiffs propose to the Court this Fifth Amended Civil Case Management Plan and Pretrial Scheduling Order, pursuant to Fed. R. Civ. P. 16 and 26(f);

**NOW THEREFORE IT IS HEREBY ORDERED**, upon good cause shown, that:

**A. Discovery Deadlines**

1. Documents obtained through third-party subpoenas and/or *Touhy* requests issued on or before February 7, 2025 shall be produced on a rolling basis promptly upon receipt.

    Furthermore, the parties may produce documents after February 7, 2025 if required to fulfill their duty to supplement under Rule 26(e), or by agreement.

2. Unless otherwise agreed to by the parties or ordered by the Court, and except as provided in the next sentence regarding depositions of certain former government officials by written questions, non-expert depositions shall be completed **by July 11, 2025.**[1] For previously noticed depositions to be taken by written questions, all written questions shall be served by the parties **by July 11, 2025,** and the government shall make its best efforts to complete its classification review and provide written responses by **September 15, 2025**.

3. Depositions in the *Bonacasa* Coordinated Cases shall proceed concurrently. Non-noticing counsel may attend depositions but, absent leave of Court or agreement of the parties, may not ask questions or raise objections. The parties may avail themselves of any objection made by any other party properly in attendance at a deposition without the need to express its joinder in the objection. Absent Court order, and excluding depositions under Fed. R. Civ. P. 30(b)(6), no witness shall be deposed more than once. If multiple parties have noticed a deposition, the parties are directed, in good faith, to discuss time limits, including the need to go over the seven (7) hour time limit under Fed. R. Civ. P. 30(d)(1).

4. U.S. Department of Commerce and U.S. Central Command shall make their best efforts to complete production of documents in response to the parties' outstanding requests to that agency and component by **September 15, 2025**.

5. Except as otherwise provided herein, and except for any supplemental requests or searches requested by the parties within the scope of their *Touhy* requests to the National Ground Intelligence Center, the Defense Threat Reduction Agency, and U.S. Central Command, fact discovery shall be completed **by July 11, 2025.** The government reserves all rights, defenses, and objections to supplemental searches or requests, regardless of which party seeks them.

6. Requests to Admit, if any, shall be served no later than **August 11, 2025.**

7. Parties to designate expert witnesses pursuant to Rule 26(a)(2)(A) no later than **August 11, 2025**.

8. Expert reports shall be served no later than **November 14, 2025.**

9. Rebuttal expert reports shall be served no later than **January 15, 2026.**

10. U.S. Army Central shall make its best efforts to complete searches for and production of documents in response to Plaintiffs' requests by **February 28, 2026**, assuming no

---

[1] Except as otherwise agreed by the parties, ordered by the Court, or provided in the Stipulation and Order Regarding Plaintiffs' Depositions (*Bonacasa*, ECF No. 123), depositions shall be limited to non-expert witnesses whose depositions were noticed on or before February 7, 2025.

additional responsive records are located, or within 60 days thereafter if additional responsive records are located.

11. Supplemental expert reports, if any, solely addressing documents produced by U.S. Army Central after November 1, 2025 shall be served no later than **March 20, 2026**. Supplemental expert reports may be submitted only by experts who previously submitted reports pursuant to paragraphs 8 and 9.

12. Supplemental rebuttal expert reports, if any, solely addressing documents produced by U.S. Army Central after November 1, 2025 shall be served no later than **April 3, 2026**. Supplemental rebuttal expert reports may be submitted only by experts who previously submitted reports pursuant to paragraphs 8 and 9.

13. Expert depositions shall be completed by **April 17, 2026.**

14. **ALL DISCOVERY SHALL BE COMPLETED by April 17, 2026.**

15. The parties are required to attend a mediation by **May 22, 2026.**

16. All other provisions of the Scheduling Order remain in effect.

Dated:      June 18, 2025

Respectfully submitted,

*/s/ Daniel D. Duhaime*
Ian M. Gore
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
igore@susmangodfrey.com

Steven G. Sklaver
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
ssklaver@susmangodfrey.com

Seth D. Ard
Daniel D. Duhaime
SUSMAN GODFREY LLP
One Manhattan West, Floor 50
New York, NY 10001

*/s/ Andrew J. Lichtman*
Lee Wolosky
Andrew J. Lichtman
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
lwolosky@willkie.com
alichtman@willkie.com

Andrianna Kastanek
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel:  (312) 222-9350
akastanek@jenner.com

Susanna D. Evarts
Rupali Srivasata
JENNER & BLOCK LLP

<div style="column">

Tel: (212) 336-8330
sard@susmangodfrey.com
dduhaime@susmangodfrey.com

Eli J. Kay-Oliphant
Adam J. Goldstein
Tejinder Singh
Ryan R. Sparacino
SPARACINO PLLC
1920 L Street, Northwest, Suite 835
Washington, DC 20036
eli.kay-oliphant@sparacinopllc.com
adam.goldstein@sparacinopllc.com
tejinder.singh@sparacinopllc.com
ryan.sparacino@sparacinopllc.com

***Counsel for Smedinghoff Plaintiffs***

</div>

<div style="column">

1155 Avenue of the Americas
New York, NY 10036
Tel:  (212) 891-1628
sevarts@jenner.com
rsrivasata@jenner.com

Gary M. Osen
Ari Ungar
Michael J. Radine
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601
Tel:  (201) 265-6400
gosen@osenlaw.com
aungar@osenlaw.com
mradine@osenlaw.com

***Counsel for Bonacasa and Moore Plaintiffs***

</div>

*/s/ Andrew J. Finn*
Sharon L. Nelles
Andrew J. Finn
Bradley P. Smith
Andrew J. DeFilippis
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
nelless@sullcrom.com
finna@sullcrom.com
smithbr@sullcrom.com
defilippisa@sillcrom.com

***Counsel for Defendant Standard Chartered Bank***

 **SO ORDERED.**

Dated: New York, New York

 _____

 _____
 Edgardo Ramos, U.S. District Judge