**MEMO ENDORSED**

**WILLKIE FARR & GALLAGHER LLP**

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

> The conference scheduled for November 18, 2025, is adjourned.
> SO ORDERED.
>
> /s/ Edgardo Ramos
> Edgardo Ramos, U.S.D.J.
> Dated: 11/17/2025
> New York, New York

November 14, 2025

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Bonacasa v. Standard Chartered Bank* (No. 1:22-cv-03320); *Moore v. Standard Chartered Bank* (No. 1:23-cv-02834); *Smedinghoff v. Standard Chartered Bank* (No. 1:23-cv-02865)

Dear Judge Ramos,

Pursuant to Section 1.E of Your Honor's Individual Practices, the parties request an adjournment of the November 18, 2025 status conference. On November 3, Plaintiffs requested a status conference to address the threat of Rule 11 sanctions by Defendant Standard Chartered Bank ("SCB"). On November 4, the Court granted Plaintiffs' request, scheduled a status conference for November 18, and directed SCB to respond by November 7. In its November 7 response, SCB represented that it was "prepared to hold off filing any motion for sanctions until after the Court rules on the Motion to Amend," which will be fully briefed by next Friday (November 21, 2025). (*Bonacasa* ECF No. 246). In light of this representation, the parties do not believe that a status conference is necessary at this time. Therefore, the parties seek to adjourn the status conference. This request to adjourn is without prejudice to SCB's potential future motion for sanctions, or Plaintiffs' opposition or any response thereto. To the extent that it seeks to file a motion for sanctions, SCB will follow the pre-motion conference procedure set forth in Rule 2(A)(ii) of Your Honor's Individual Practices.

This is the first time the parties have requested an adjournment of this conference.

Respectfully submitted,

*/s/ Lee Wolosky*
Lee Wolosky
Andrew J. Lichtman
Kathryn E. Bolas
WILLKIE FARR & GALLAGHER LLP

Ian M. Gore
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880

November 14, 2025
Page 2

787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
lwolosky@willkie.com
alichtman@willkie.com
kbolas@willkie.com

Andrianna Kastanek
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel:  (312) 222-9350
akastanek@jenner.com

Rupali Srivastava
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel:  (212) 891-1628
sevarts@jenner.com
rsrivastava@jenner.com

Gary M. Osen
Ari Ungar
Michael J. Radine
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601
Tel:  (201) 265-6400
gosen@osenlaw.com
aungar@osenlaw.com
mradine@osenlaw.com

*Counsel for Bonacasa and Moore Plaintiffs*

igore@susmangodfrey.com

Steven G. Sklaver
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
ssklaver@susmangodfrey.com

Seth D. Ard
Daniel D. Duhaime
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sard@susmangodfrey.com
dduhaime@susmangodfrey.com

Eli J. Kay-Oliphant
Adam J. Goldstein
Tejinder Singh
Ryan R. Sparacino
SPARACINO PLLC
1920 L Street, Northwest, Suite 835
Washington, DC 20036
eli.kay-oliphant@sparacinopllc.com
adam.goldstein@sparacinopllc.com
tejinder.singh@sparacinopllc.com
ryan.sparacino@sparacinopllc.com

*Counsel for Smedinghoff Plaintiffs*

*/s/ Andrew J. Finn*
Sharon L. Nelles
Andrew J. Finn
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
nelless@sullcrom.com
finna@sullcrom.com

*Counsel for Defendant Standard Chartered Bank*