UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANA BONACASA, *et al.,*<br><br>Plaintiffs,<br><br>-*against*-<br><br>STANDARD CHARTERED plc *and* STANDARD CHARTERED BANK,<br><br>Defendants. | **ORDER**<br><br>22-cv-03320 (ER) |
| MARIBEL MOORE, *et al.,*<br><br>Plaintiffs,<br><br>-*against*-<br><br>STANDARD CHARTERED PLC *and* STANDARD CHARTERED BANK,<br><br>Defendants. | 23-cv-02834 (ER) |
| THOMAS SMEDINGHOFF for the estate of ANNE T. SMEDINGHOFF, *et al.*,<br><br>Plaintiffs,<br><br>-*against*-<br><br>STANDARD CHARTERED BANK,<br><br>Defendant. | 23-cv-02865 (ER) |

RAMOS, D.J.:

There are currently pending before the Court two motions to compel in the above-captioned cases. The first is a motion to compel Standard Chartered Bank ("SCB") to provide testimony and interrogatory responses, pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), and Local Civil Rule 33, in *Smedinghoff v. Standard*

*Chartered Bank*, No. 23-cv-02865 (ER).[1]  Doc. 108.  The second is a motion for reconsideration of the Court's July 16, 2025 Opinion & Order denying Plaintiffs' motion to compel deposition testimony from Bank of America in *Bonacasa v. Standard Chartered PLC*, No. 22-cv-03320 (ER).  Doc. 190.

However, the Court held a conference on August 7, 2025, during which it stayed discovery pending Plaintiffs' proposed motion for leave to amend the complaint.[2]  Doc. 229 at 29.  On October 7, 2025, Plaintiffs filed the motion for leave to amend the complaint. Doc. 226.

In light of the stay of discovery, Docs. 108 and 132 in *Smedinghoff v. Standard Chartered Bank*, No. 23-cv-02865 (ER) and Doc. 190 in *Bonacasa v. Standard Chartered PLC*, No. 22-cv-03320 (ER) are placed off-calendar, subject to renewal by letter motion after the stay is lifted.

The Clerk of the Court is respectfully directed to terminate Docs. 108 and 132 in *Smedinghoff v. Standard Chartered Bank*, No. 23-cv-02865 (ER), and Doc. 190 in *Bonacasa v. Standard Chartered PLC*, No. 22-cv-03320 (ER).

It is SO ORDERED.

Dated:    January 20, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

---

[1] Plaintiffs subsequently amended the motion to compel SCB to provide Rule 30(b)(6) testimony on two additional topics.  Doc. 132 (*Smedinghoff v. Standard Chartered Bank*, No. 23-cv-02865 (ER)).

[2] Unless otherwise indicated, ECF citations refer to the docket in *Bonacasa v. Standard Chartered PLC*, No. 22-cv-03320 (ER).